NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLIFFORD L. LEE, II,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7165

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1119, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Clifford L. Lee, II, moves for an extension of time, until November 10, 2011, to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Lee's brief is due November 10, 2011. No further extensions should be anticipated.

FOR THE COURT

NOV 0 3 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Clifford L. Lee, II
    Steven M. Mager, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 03 2011

JAN HORBALY
CLERK